UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Russell J Terry

                      Plaintiff,

VS.

The Federal Bureau of Investigation (FBI)

935 Pennsylvania Avenue, N.W.

Washington, D.C., 20535-0001,

Bureau of Consular Affairs (CA)

600 19th Street, NW

Washington, D.C., 20036,

                      Defendants.

_____

Case: 1:23–cv–02548
Assigned To : Howell, Beryl A.
Assign. Date : 8/20/2023
Description: Pro Se Gen. Civ. (F-DECK)

CIVIL ACTION NO. _____

**PLAINTIFF'S MOTION TO EFILE**



RECEIVED
AUG 20 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

I, Russell J Terry, am writing this motion to respectfully request the court's approval to e-file documents as a pro se party in the above-mentioned case. I believe that e-filing will enhance the efficiency and convenience of the proceedings while ensuring timely submission of necessary documents.

I understand that, as a pro se party, there may be certain restrictions or requirements regarding electronic filing. However, I would like to highlight the following reasons in support of my request:

1. Efficiency and Convenience: E-filing will streamline the document submission process, eliminating the need for physical paperwork and reducing delays caused by mail or in-person filings. Currently, I reside outside of the United States mailing documents will cause significant delays.

2. Cost-Effectiveness: E-filing reduces the costs associated with printing, copying, and postage, making it a more economical option for a pro se party.

3. Timely Access: By utilizing e-filing, I will have immediate access to the court's docket, orders, and other relevant information, ensuring that I can stay informed and prepared for upcoming proceedings.

I am committed to adhering to all relevant rules, procedures, and guidelines governing e-filing.

In light of the above reasons, I respectfully request the court's approval to e-file documents in this case. I am fully prepared to provide any additional information, attend any required

training, or undertake any necessary steps to comply with the court's requirements for electronic filing.

Thank you for considering my motion. I kindly request an expeditious resolution to facilitate the electronic filing process, which will contribute to the efficient and effective administration of justice.

Date: August 16, 2023

Russell J Terry