UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Russell J Terry

                          Plaintiff,

                                                            23–cv–02548-BAH

VS.                                                    CIVIL ACTION NO. _____

The Federal Bureau of Investigation (FBI)

935 Pennsylvania Avenue, N.W.

Washington, D.C., 20535-0001,

Bureau of Consular Affairs (CA)

600 19th Street, NW

Washington, D.C., 20036,

                                              Defendants.

_____

### PLAINTIFF'S ADMINISTRATIVE CLAIM

### LEGAL CLAIMS

I am submitting this administrative claim pursuant to the relevant laws and regulations, arising from a series of incidents that have given rise to the following legal claims:



RECEIVED

AUG 23 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1. Neglect and Intentional Infliction of Emotional Distress under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680.

2. Intentional Infliction of Emotional Distress, arising from threats, harassment, and intimidation, willful neglect, and fraud.

3. Violations of Constitutional Rights under the First, Fourth, and Fifth Amendments, including suppression of first amendment rights.

The Plaintiff alleges that the Defendants, through their agents, engaged in actions that resulted in harm, emotional distress, financial losses, and violations of constitutional rights. These actions include but are not limited to negligence in awarding US visas to known foreign criminals, negligent oversight of foreign criminals and their suspicious activities in the US, intentional misrepresentation of facts, duties, and policies, abuse of power, willful misconduct, obstruction of justice, tampering with witnesses, unlawful seizure of private information, violations of the Privacy Act, and disrespecting the Mutual Legal Assistance Treaty between the United States and Brazil.

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, the First, Fourth, and Fifth Amendments of the United States Constitution, and pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

Venue is proper in this District under 28 U.S.C. § 1391.

## Parties

Plaintiff: Russell J. Terry

Defendants: The Federal Bureau of Investigation (FBI)

Bureau of Consular Affairs (CA)

## RELIEF SOUGHT

As a result of the incidents and the legal claims outlined in the attached administrative claim document, I am seeking $100,000,000.

## SUPPORTING DOCUMENTS

The attached administrative claim includes the necessary supporting documents that substantiate my claims.

## LEGAL REFERENCES

My claims are supported by the relevant laws, including the FTCA, Privacy Act and the protections afforded by the First, Fourth, and Fifth Amendments.

I certify that the information provided in this administrative claim is true and accurate to the best of my knowledge.

Date: August 23, 2023

Russell J Terry